# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**MICHAEL MCNEIL,**

    *Petitioner*,

v.                                                        **Case No.: 5:24cv175-MW/MAF**

**STATE OF FLORIDA**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 17, is **DENIED**. Respondent shall file an answer to the amended habeas petition, ECF No. 13, **on or before Monday, August 4, 2025**. Petitioner is permitted to file a reply, if any, **within thirty days after service of Respondent's answer**. This case is referred

back to the Magistrate Judge for further proceedings.

**SO ORDERED on June 5, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
